FILED
2008 Mar-10  AM 10:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LUCIUS WRIGHT, JR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:05-CV-1801-VEH |
| **BIRMINGHAM-SOUTHERN RAILROAD COMPANY, a corporation,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

The court having been advised by counsel that the above entitled cause has been settled, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid, to the right of any party to reopen the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment.

**DONE** this the 10th day of March, 2008.

**VIRGINIA EMERSON HOPKINS**
United States District Judge